| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Goodwin, Joseph R | 2. Court or Organization US District Court, Southern WV | 3. Date of Report 05/02/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) US District Judge\Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address 300 Virginia Street E Ste 5009 PO Box 2546 Charleston, WV 25301 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 15 P 1:20 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Joseph R | 05/02/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Office of the Secretary, Education, State of West Virginia, Wages |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Joseph R | 05/02/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Joseph R | 05/02/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Scudder Mt Tax Free Fund | C | Interest | L | T | | | | | |
| 2. | A | Distribution | | | Buy | 1/25 | J | | |
| 3. | | | | | Buy | 2/22 | J | | |
| 4. | | | | | Buy | 3/27 | J | | |
| 5. | | | | | Buy | 4/24 | J | | |
| 6. | | | | | Buy | 5/24 | J | | |
| 7. | | | | | Buy | 6/26 | J | | |
| 8. | | | | | Buy | 7/25 | J | | |
| 9. | | | | | Buy | 8/25 | J | | |
| 10. | | | | | Buy | 9/25 | J | | |
| 11. | | | | | Buy | 10/04 | K | | |
| 12. | | | | | Buy | 10/25 | J | | |
| 13. | | | | | Partial Sell | 11/14 | K | A | |
| 14. | | | | | Buy | 11/20 | K | | |
| 15. | | | | | Buy | 11/24 | J | | |
| 16. | | | | | Buy | 12/22 | J | | |
| 17. Charles Schwab Investment Account | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,000 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Joseph R | 05/02/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Charles Schwab Cash Account | A | Int./Div. | L | T | | | | | |
| 19. --Common Stock United Bankshares | B | Dividend | L | T | | | | | |
| 20. --Vanguard Small Cap Index | A | Distribution | | | Partial Sale | 6/08 | J | A | |
| 21. | | | | | Buy | 03/17 | J | | |
| 22. | | | | | Sell | 6/09 | K | D | |
| 23. --McData Corp Cl A Class A | A | Dividend | J | T | | | | | |
| 24. --Excelsior Value & Restructuring Fund | A | Dividend | | | Buy | 4/11 | J | | |
| 25. | | | | | Sell | 06/09 | J | A | |
| 26. --Bookham Inc. | | None | | | Buy | 02/09 | J | | |
| 27. | | | | | Sell | 04/04 | J | | |
| 28. --Chipolte Mexican Grill | | None | | | Buy | 04/12 | J | | |
| 29. | | | | | Sell | 05/02 | J | | |
| 30. --Common Stock, Microsoft Corp | A | Dividend | | | Sell | 09/20 | J | A | |
| 31. --Dodge &Cox Mutual Stock Fund | D | Distribution | M | T | | | | | |
| 32. --Dodge & Cox Mutual Stock Fund | C | Dividend | | | Buy | 3/31 | J | | |
| 33. | | | | | Buy | 6/29 | J | | |
| 34. | | | | | Buy | 9/20 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)
   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)
   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes (See Column C2)
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Joseph R | 05/02/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy | 9/28 | J | | |
| 36. | | | | | Buy | 12/28 | J | | |
| 37. --Schwab-Tax Free | A | Interest | L | T | Buy | 11/17 | L | | |
| 38. | | | | | Buy | 11/30 | J | | |
| 39. | | | | | Buy | 12/29 | J | | |
| 40. --Landus Intl Mktmstrs | A | Dividend | | | Sell | 06/08 | K | B | |
| 41. --Schwab Health Care Fund | | None | | | Sell | 06/06 | J | A | |
| 42. --Intel Corp | A | Dividend | | | Buy | 01/27 | J | | |
| 43. | | | | | Sell | 04/12 | J | A | |
| 44. --Harding Loevner Emerging Markets. | | None | | | Buy | 02/02 | J | | |
| 45. | | | | | Sell | 06/09 | J | A | |
| 46. --US Global Investors | | None | | | Buy | 7/05 | K | | |
| 47. | | | | | Sell | 9/18 | K | A | |
| 48. --Icon Materials Fund | | None | | | Buy | 07/06 | J | | |
| 49. | | | | | Sell | 09/18 | J | B | |
| 50. Reeal Estate #2, Ripley, WV 1/2 Undivided Interest | D | Rent | K | W | | | | | |
| 51. Real Estate #4, Ripley, WV | | None | | | Sell | 03/07 | M | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Joseph R | 05/02/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Reasl Estate #5, Ripley, WV | | None | J | W | Partial Sale | 12/31 | J | B | |
| 53. 1/4 Min Int Grant & Mineral Co., WV | A | Royalty | J | T | | | | | |
| 54. Charles Schwab IRA Account No. 1 | | | | | | | | | |
| 55. --Charles Schwab Money Fund | A | Interest | J | T | | | | | |
| 56. --Common Stock, Portal Software | | None | | | Sell | 02/06 | J | A | |
| 57. --Rainier Small;Mid Cap Equity Portfolio | A | Dividend | K | T | | | | | |
| 58. Trust #1 | C | Rent | L | T | | | | | |
| 59. --Royalty Interest #1, Nicholas County, WV | | | | | | | | | |
| 60. --Royalty Interest #2, Nicholas County, WV | | | | | | | | | |
| 61. --Royalty Interest #3, Nicholas County, WV | | | | | | | | | |
| 62. --Royalty Interest #4, Nicholas County, WV | | | | | | | | | |
| 63. --Royalty Interest #6, Nicholas County, WV | | | | | | | | | |
| 64. --Royalty Interest #7, Nicholas County, WV | | | | | | | | | |
| 65. --Royalty Interest #8, Nicholas County, WV | | | | | | | | | |
| 66. --Royalty Interest #9, Nicholas County, WV | | | | | | | | | |
| 67. --Royalty Interest #10, Randolph County, WV | | | | | | | | | |
| 68. --Royalty Interest #11, Randolph County, | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Joseph R | 05/02/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| WV | | | | | | | | | |
| 69.  --Royalty Interest #12, Randolph County, WV | | | | | | | | | |
| 70.  --Royalty Interest #13, Randolph County, WV | | | | | | | | | |
| 71.  --Royalty Interest #14, Randolph County, WV | | | | | | | | | |
| 72.  --Royalty Interest #15, Randolph County, WV | | | | | | | | | |
| 73.  --Royalty Interest #16, Braxton County, WV | | | | | | | | | |
| 74.  --Royalty Interest #17, Braxton County, WV | | | | | | | | | |
| 75.  --Royalty Interest #18, Braxton County, WV | | | | | | | | | |
| 76.  --Royalty Interest #19, Braxton County, WV | | | | | | | | | |
| 77.  --Royalty Interest #20, Braxton County, WV | | | | | | | | | |
| 78.  --Royalty Interest #21, Braxton County, WV | | | | | | | | | |
| 79.  --Royalty Interest #22, Braxton County, WV | | | | | | | | | |
| 80.  --Royalty Interest #23, Braxton County, WV | | | | | | | | | |
| 81.  --Royalty Interest #24, Nicholas County, WV | | | | | | | | | |
| 82.  --Royalty Interest #25, Nicholas County, WV | | | | | | | | | |
| 83.  B B & T Account No. 1 | A | Interest | J | T | | | | | |
| 84.  WV Media Partners | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Joseph R | 05/02/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Joseph R | 05/02/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date

NOTE: A............................................SIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544